The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF DEFENSE (NAVY AND ARMY), UNITED STATES DEPARTMENT OF HOMELAND SECURITY (U.S. COAST GUARD); UNITED STATES GENERAL SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF THE INTERIOR (BUREAU OF INDIAN AFFAIRS); UNITED STATES DEPARTMENT OF COMMERCE (NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION); and UNITED STATES DEPARTMENT OF TRANSPORTATION (MARITIME ADMINISTRATION),<br><br>Defendants. | CASE NO. 2:06-cv-01032-RSL<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR ENTRY OF CONSENT DECREE |

ORDER GRANTING JOINT STIPULATED MOTION FOR
ENTRY OF CONSENT DECREE
CASE NO. 2:06-cv-01032-RSL

BICK LAW LLP
520 NEWPORT CENTER DRIVE, SUITE 750
NEWPORT BEACH, CA 92660
Telephone: (949) 432-3501

UPON CONSIDERATION OF THE FOREGOING, the Court hereby finds that this Consent Decree is fair and reasonable (Dkt # 42, 42-1), both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest. The Consent Decree is hereby ENTERED. This Court expressly directs, pursuant to Fed. R. Civ. P. 54 and 58, ENTRY OF FINAL JUDGMENT in accordance with the terms of this Consent Decree.

IT IS SO ORDERED.

Dated this 1st day of August, 2019

*/s/ S Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATE DISTRICT JUDGE

*Presented by:*

By *s/ Alan N. Bick*
    Alan N. Bick (admitted *pro hac vice*)
    BICK LAW LLP
    520 Newport Center Drive, Suite 750
    Newport Beach, CA 92660
    (949) 432-3501
    *abick@bicklawllp.com*

    John W. Phillips, WSBA #12185
    PHILLPS LAW GROUP PLLC
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104-2682
    (206) 382-6163
    *jphillips@jphillipslaw.com*

    Philip S. McCune, WSBA #21081
    SUMMIT LAW GROUP, PLLC
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104-2682
    (206) 676-7000
    *philm@summitlaw.com*

*Attorneys for Plaintiff Lockheed Martin Corporation*

ORDER GRANTING JOINT STIPULATED MOTION FOR
ENTRY OF CONSENT DECREE - 1
CASE NO. 2:06-cv-01032-RSL

BICK LAW LLP
520 NEWPORT CENTER DRIVE, SUITE 750
NEWPORT BEACH, CA 92660
Telephone: (949) 432-3501

JEFFREY BOSSERT CLARK
Assistant Attorney General
Environment and Natura Res. Division

By *s/ Mark A. Nitczynski*
   Mark A. Nitczynski
   United States Department of Justice/ENRD
   Environmental Defense Section
   999 18th Street, Suite 370, South Terrace
   Denver, CO 80202
   (303) 844-1498

*Attorneys for the United States*

ORDER GRANTING JOINT STIPULATED MOTION FOR
ENTRY OF CONSENT DECREE - 2
CASE NO. 2:06-cv-01032-RSL

BICK LAW LLP
520 NEWPORT CENTER DRIVE, SUITE 750
NEWPORT BEACH, CA 92660
Telephone: (949) 432-3501